IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| THE ESTATE OF ALFONSO C. ASKEW, | Case No. |
| Plaintiff, | Judge |
| vs. | |
| TRUMBULL COUNTY, DR. PHILLIP MALVASI D.O. LLC, PHILLIP MALVASI, D.O., TAYLOR SIMMONS, BREE BRIGHT, JESS JOHNSON, CARLA AHART, NURSE AND/OR MEDICAL ASSISTANT JB, and DOUG MACHINGO, | **AFFIDAVIT OF MERIT JEFFREY E. KELLER** |
| Defendants. | |

STATE OF __Idaho__ )
COUNTY OF __Bonneville__ ) SS:

Jeffrey E. Keller, MD, FACCP, FACEP, being first sworn, states the following:

1. I submit this Affidavit in accordance with Ohio Civil Rule 10(D)(2)(a).

2. I am licensed to practice medicine by the States of Idaho, Florida, Michigan, Minnesota, and Arizona.

3. I am board certified in Emergency Medicine and I am a Fellow of the American College of Correctional Physicians.

4. I have reviewed the relevant medical records of Alfonso Askew reasonably available to the plaintiff concerning the allegations contained in the Complaint.

5. Based on my education, training, and experience as a physician in the area of correctional medicine and emergency medicine, I am familiar with the standards of care for the care and treatment of jail patients who present with signs and symptoms such as Mr. Askew had during his period of incarceration at Trumbull County Jail in 2020.

6. In my medical opinion, to the requisite degree of medical probability, the applicable standard of care was breached by the healthcare staff of the Trumbull County Jail, Dr. Phillip Malvasi D.O. LLC, and Phillip Malvasi D.O. and their employees and agents. These employees and agents include but are not limited to Phillip Malvasi, D.O., Medical Assistants Taylor Simmons, Bree Bright, and Jess Johnson, as well as Carla Ahart, LPN, and Nurse and/or Medical Assistant JB. These employees and agents caused injury to Mr. Askew.

Further affiant sayeth naught.

_____
Jeffrey E. Keller, MD, FACCP, FACEP

Sworn to before me and subscribed in my presence this ___8___ day of

___November___, 2021.

_____
Notary Public