UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| THE ESTATE OF ALFONSO C. ASKEW, <br><br> Plaintiff, <br><br> vs. <br><br> TRUMBULL COUNTY, et al., <br><br> Defendants. | ) CASE NO.: 4:21-CV-02133 <br> ) <br> ) JUDGE: DAVID A. RUIZ <br> ) <br> ) **DEFENDANTS' UNOPPOSED MOTION** <br> ) **FOR EXTENSION OF TIME** <br> ) <br> ) <br> ) <br> ) |

Now come Defendants, by and through undersigned counsel, who hereby move this Honorable Court for an Order extending certain expert deadlines. Since the filing of Defendants' previous Joint Motion for Extension of Time, on July 1, 2024, the Parties have been diligently working to complete the remaining necessary expert discovery of Dr. Ralph Silverman, including his deposition. The Parties originally scheduled Dr. Silverman's deposition for July 31, 2024. However, the deposition was unable to move forward, at no fault of Defendants, and the Parties tentatively scheduled the deposition to take place on September 3, 2024, while counsel for Plaintiff confirmed Dr. Silverman's availability. Unfortunately, Dr. Silverman was not available. Defendants are currently awaiting new dates for Dr. Silverman's deposition.

Defendants therefore respectfully request a brief extension of time to complete expert discovery and file their dispositive motions.

Defendants jointly request an extension of the case calendar as follows:

| | Current Deadline | Proposed New Deadline |
|---|---|---|
| Expert Discovery | July 31, 2024 | October 1, 2024 |
| Dispositive Motions | August 30, 204 | October 31, 2024 |

Based on the opinions rendered by Dr. Silverman in his report related to the care of Mr. Askew in the Trumbull County Jail, it is imperative for Defendants to be given the opportunity to depose Dr. Silverman prior to filing their dispositive motions.  Defendants make this extension in order to ensure they will have sufficient time to complete the deposition of Dr. Silverman, obtain his deposition transcript, and review it prior to completing their dispositive motions.

This request is made in good faith and for good cause, will not unfairly prejudice any party, and has not been made for the purpose of undue delay or harassment.  Additionally, this extension of time will not impact the case management schedule as there are no other pending deadlines.  Counsel for Plaintiff was contacted regarding Defendants request for extension and does not oppose the filing of this Motion.

WHEREFORE, the parties respectfully request this Honorable Court grant their Motion and extend the current deadlines.

Respectfully submitted,

*s/Edmond Z. Jaber*
JOHN T. MCLANDRICH (0021494)
EDMOND Z. JABER (0096355)
Mazanec, Raskin & Ryder Co., L.P.A.
100 Franklin's Row
34305 Solon Road
Cleveland, OH  44139
(440) 248-7906
(440) 248-8861 – Fax
Email:  jmclandrich@mrrlaw.com
          ejaber@mrrlaw.com

*Counsel for Defendant Trumbull County and Doug Machingo*

*s/John D. Latchney via email consent (8/22/2024)*
JOHN D. LATCHNEY (0046539)
W. BRADFORD LONGBRAKE (0065576)
Hanna, Campbell & Powell, LLP

      3737 Embassy Parkway, Suite 100
      Akron, OH  44333
      Email: jlatchney@hcplaw.net
           blongbrake@hcplaw.net

*Counsel for Defendants Bree Bright, Carla Ahart, Dr. Phillip Malvasi, DO, LLC, Jennifer Bass, incorrectly identified as Nurse and/or Medical Assistant JB, Jess Johnson, Phillip Malvasi, D.O., Taylor Simmons*

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2024, a copy of the foregoing Defendants' Unopposed Motion for Extension of Time was filed electronically.  Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

      *s/Edmond Z. Jaber*
      JOHN T. MCLANDRICH (0021494)
      EDMOND Z. JABER (0096355)

      *Counsel for Defendants Trumbull County and Doug Machingo*